# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
DEC 13 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Cameron A. White
_____
_____

(Full name of the Plaintiff(s) in this action)

v.

Terry Nunley
"The Jailer" M.C.D.C.
_____
_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:23-cv-132-CRS
(To be supplied by the clerk)

(√) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Cameron A. White

Place of Confinement: Logan County Detention Center

Address: Logan County Detention Center 304 West 3rd St, Russellville Ky 42276

Status of Plaintiff: CONVICTED (√) PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

4

Address: _____

Status of Plaintiff: CONVICTED ( __ )  PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )  PRETRIAL DETAINEE ( __ ) .

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant  Terry Nunley  is employed as  The Jailer  at  Muhlenberg County Detention Center

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2) Defendant  David Crocket  is employed as  Correctional Officer  at  Muhlenberg County Detention Center (Fired)

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ___N/A___

Defendant(s): ___N/A___

Court (if federal court, name the district. If state court, name the county):
___N/A___

Docket number: ___N/A___

Name of judge to whom the case was assigned: ___N/A___

Type of case (for example, habeas corpus or civil rights action): ___N/A___

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
___N/A___

Approximate date of filing lawsuit: ___N/A___

Approximate date of disposition: ___N/A___

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Name/ Cameron ameechi White

Cell Assignment/ 48

Date/Time 3-22-23

Grievance/ Between 10-11pm lastnight I tied a bag around my head in the process a guard came an popped cell #48, cause I tried to commit suicide. I was tased soon as the door opened and this is while I had a bag over my head an a sheet around my neck. He put his knee in my back squeezing hand cuffs tighter and tighter trying to break my arm. I wasn't being incompliant, I wasn't even fighting him. He was using excessive force for No Reason, even the other officers said it was excessive force. Captain James Stewart McPherson had a talk with Officer "David Crocket" told him that ain't the way we do things around here, etc......

signature Cameron White

Date/Time 1:50pm 3-23-23

Received By/ Barry Groves #1402, "Jail Staff"

Date/Time 3-24-2023 8:31am

Action Taken/ This incident is being investigated

B.G. 3-24-2023

4

## III. STATEMENT OF CLAIM(S) continued

Officer "Jake Dickerson" said he didn't have to tase me, there was No Reason for it. Inmate John Runyan said I wasn't fighting him so why was he, "C/o David Crocket" being so rough on the way up the hallway. He "C/o David Crocket" kept squeezing the hand cuffs. I was yelling your hurting me. David Crocket didn't care about the pain he was causing me because he continued to hurt me. What Officer David Crocket did was really unprofessional. I don't understand why he was beating me up for trying to take my own life. Officer "David Crocket" did more damage to me then I did to myself. I was not a threat to him or them. My wrist is swallon because of his actions, and he left bruises, all because I was having a mental break down. My mental issues that I'm having scared me as well to add to the problem. C/o David Crocket Scard me with a lot of pain physically, mentally, emotionally, socially, as well as psychosomatic. Even Officer Chris Brownings said he didn't have to use that much excessive force. Captain James Stewart McPherson is supposed to let (The Jailer) Terry Nunley know I need to talk to him and for Terry Nunley to have a sit down with C/o David Crocket and this situation needs to be taken care of. I'm mentally, emotionally, physially, socially and psychosomatic scard from this. Cameron White 3/23/2023

5

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

√ award money damages in the amount of $ _____

√ grant injunctive relief by Release on parole so I can seek Long Term Mental Treatment

√ award punitive damages in the amount of $ _____

___ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 5 day of December, 2023.

Cameron White
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

Cameron White
(Signature)

6

LOGAN COUNTY
DETENTION CENTER
304 W. 3RD ST.
RUSSELLVILLE KY 42276
Attn: Cameron White

**RECEIVED**
JAMES J. VILT, JR. - CLERK
DEC 13 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk's Office
241 East Main Street, Suite 120
Bowling Green Ky 42101-2175

**INMATE MAIL UNCENSORED**

